

FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                           CASE NO. 8:12-CR-205-T-17MAP

ANGEL VILLANUEVA,                    21 U.S.C. § 841(a)(1)
and                                          21 U.S.C. § 846
NATHANIEL HARRIS                     18 U.S.C. § 924(c)
  a.k.a. "Popo"                             18 U.S.C. § 922(g)(1)
  a.k.a. "Lil Brown"                        18 U.S.C. § 1201
                                              21 U.S.C. § 853 - (forfeiture)

## SUPERSEDING INDICTMENT

The Grand Jury charges:

### COUNT ONE

From on or about January 2006, through November 2, 2011, in Manatee County, in the Middle District of Florida, and elsewhere, the defendants,

ANGEL VILLANUEVA,
and
NATHANIEL HARRIS
a.k.a. "Popo"
a.k.a. "Lil Brown",

and numerous other persons who are both known and unknown to the Grand Jury did knowingly and willfully combine, conspire and agree between and among themselves to distribute and to possess with the intent to distribute five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine, a controlled substance, 280 grams or more of a mixture or substance containing a detectable amount of cocaine base, commonly referred to as "crack cocaine," a controlled substance, one kilogram or more of a mixture or substance

containing a detectable amount of heroin, a controlled substance, and a quantity of a mixture or substance containing a detectable amount of oxycodone, a controlled substance in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Sections 846, 841(b)(1)(A), and 841(b)(1)(C).

## COUNT TWO

On or about August 26, 2011, in Manatee County, in the Middle District of Florida the defendants,

>    ANGEL VILLANUEVA,
>    and
>    NATHANIEL HARRIS
>    a.k.a. "Popo"
>    a.k.a. "Lil Brown"

did knowingly possess a firearm in furtherance of a drug trafficking crime, that is, conspiracy as charged in Count One of this Superseding Indictment.

In violation of Title 18, United States Code, Sections 924(c)(1) and 2.

## COUNT THREE

On or about October 30, 2011, Manatee County, in the Middle District of Florida the defendant,

>    NATHANIEL HARRIS
>    a.k.a. "Popo"
>    a.k.a. "Lil Brown"

2

during and in relation to a drug trafficking crime as charged in Count One of this Superseding Indictment, did use and carry a firearm and in furtherance of such crime did possess and discharge a firearm and shoot Christopher McDaniels.

In violation of Title 18, United States Code, Section 924(c)(1).

## COUNT FOUR

On or around November 2, 2011, at or near 3309 5th Street Court East, in Bradenton, in Manatee County, in the Middle District of Florida, the defendants,

ANGEL VILLANUEVA,
and
NATHANIEL HARRIS
a.k.a. "Popo"
a.k.a. "Lil Brown"

did knowingly and willfully possess with intent to distribute a quantity of a mixture or substance containing a detectable amount of cocaine, a controlled substance and cocaine base, commonly referred to as "crack cocaine", a controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(c), and Title 18, United States Code, Section 2.

3

## COUNT FIVE

On or about November 2, 2011, at or near 3309 5th Street Court East, Bradenton, in Manatee County, in the Middle District of Florida, the defendants,

ANGEL VILLANUEVA,
and
NATHANIEL HARRIS
a.k.a. "Popo"
a.k.a. "Lil Brown"

in furtherance of a drug trafficking crime, that is, possession with intent to distribute cocaine and cocaine base, as charged in Count Four of this Superseding Indictment, did knowingly possess a firearm, namely a .50 caliber handgun and a double barreled shotgun.

In violation of Title 18, United States Code, Sections 924(c) and 2.

## COUNT SIX

On or about November 2, 2011, at or near 3309 5th Street Court East, Bradenton, in Manatee County, in the Middle District of Florida, the defendant,

ANGEL VILLANUEVA,

did knowingly possess, in and affecting interstate commerce, a firearm and ammunition; that is, an Israel Military Industries LTD .50 caliber Desert Eagle handgun, several .50 caliber cartridges, a Zephyr 12 gauge double barreled shotgun, and a .45 caliber Winchester cartridge, after having previously being convicted of a crime punishable by imprisonment for a term exceeding one year, that is:

4

Possession of cocaine with intent to sell or deliver and unauthorized possession of drivers license or identification card in the Circuit Court, Twelfth Judicial Circuit, in and for Manatee County, Florida, in case number 2007CF4247, on or around June 9, 2008.

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT SEVEN

On or about November 2, 2011, at or near 3309 5th Street Court East, Bradenton, in Manatee County, in the Middle District of Florida, the defendant,

NATHANIEL HARRIS<br>
a.k.a. "Popo"<br>
a.k.a. "Lil Brown",

did knowingly possess, in and affecting interstate commerce, a firearm and ammunition; that is, an Israel Military Industries LTD .50 caliber Desert Eagle handgun, several .50 caliber cartridges, a Zephyr 12 gauge double barreled shotgun, and a .45 caliber Winchester cartridge, after having previously being convicted of a crime punishable by imprisonment for a term exceeding one year, that is:

1. Possession of ammunition by a convicted felon, possession of a firearm by a convicted felon and aggravated fleeing and eluding in the Circuit Court for Manatee County, Florida, in case number 07-4417, on or about January 31, 2008;

2. Possession of a firearm by a convicted felon, carrying a concealed firearm and possession of ammunition by a convicted felon in the

Circuit Court for Manatee County, Florida, in case number 08-4402, on or about April 22, 2009;

3. Fleeing and eluding in the Circuit Court for Manatee County, Florida, in case number 09-4347, on or about February 3, 2010; and

4. Driving while license cancelled, suspended or revoked (3rd offense) in the Circuit Court for Manatee County, Florida, in case number 10-3881, on or about February 17, 2011.

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURES

1. The allegations contained in Counts One through Seven of this Superseding Indictment are incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924; Title 21, United States Code, Section 853; and Title 28, United States Code, Section 2461(c).

2. From their engagement in any and all of the violations alleged in Counts One through Seven of this Superseding Indictment, which are punishable by imprisonment for more than one year, the defendants,

>ANGEL VILLANUEVA,
>and
>NATHANIEL HARRIS
>a.k.a. "Popo"
>a.k.a. "Lil Brown"

6

shall each forfeit to the United States, pursuant to Title 21, United States Code, Sections 853(a)(1) and (2), all of their rights, title, and interest in:

    a.    property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such violations; and

    b.    property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violations.

3. From his engagement in the violation alleged in Count Six of this Superseding Indictment, the defendant,

ANGEL VILLANUEVA,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in this offense.

4. From his engagement in the violation alleged in Count Seven of this Superseding Indictment, the defendant,

NATHANIEL HARRIS<br>a.k.a. "Popo"<br>a.k.a. "Lil Brown"

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in this offense.

5.    If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or,

    e.    has been commingled with other property, which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property under the provision of Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL,

_Patricia Auvin_
Foreperson

ROBERT E. O'NEILL
United States Attorney

By: _Walter E. Furr, III_
Walter E. Furr, III
Assistant United States Attorney

By: _A. Lee Bentley, III_
A. Lee Bentley, III
First Assistant United States Attorney
Chief, Criminal Division

# UNITED STATES DISTRICT COURT
## Middle District of Florida
## Tampa Division

THE UNITED STATES OF AMERICA
vs.
ANGEL VILLANUEVA,
and
NATHANIEL HARRIS
a.k.a. "Popo"
a.k.a. "Lil Brown"

## INDICTMENT

Violations:

Title 21, United States Code, Sections 841(a)(1) and 846
Title 18, United States Code, Sections 924(c) and 922(g)(1)

A true bill,

_Patricia Austin_
Foreperson

Filed in open court this 13th day
of February, A.D., 2013.

_____
Clerk

Bail $_____