UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 8:12-CR-205-T-17MAP

NATHANIEL HARRIS.

_____/

ORDER

This cause is before the Court on:

Dkt. 67   Motion for Interim Payments

Court-appointed counsel for Defendant Nathaniel Harris has moved for an order authorizing counsel to seek earned attorney's fees to date. Counsel was appointed on February 15, 2013, and this case is set for a date certain trial on 6/23/2014.

The Court understands that counsel anticipates seeking excess compensation. The Court must obtain written approval from the Chief Judge of this Circuit prior to issuance of an order granting interim payments. Therefore, the Court directs counsel to file a separate motion to waive the fee cap showing that this case is "extended," "complex," or "extended and complex." A case is "complex" if the legal and factual issues are unusual, requiring the expenditure of more time, skill and effort by the lawyer than would normally be required in an average case. A case is "extended" if more time is reasonably required for total processing than the average case. See CJA 26, 26A. The Court will submit both motions for approval. Accordingly, it is

**ORDERED** that counsel for Defendant Nathaniel Harris shall file a separate motion to waive fee cap for consideration with the request for interim payments, within seven days.

Case No. 8:12-CR-205-T-17MAP

      **DONE and ORDERED** in Chambers, in Tampa, Florida on this 22nd day of April, 2014.

                                  ELIZABETH A. KOVACHEVICH
                                  United States District Judge

Copies to:
All parties and counsel of record