**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORDIA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

v. CASE NO.: 8:12-cr-205-T-17MAP

NATHANIEL HARRIS;
NAPOLEON HARRIS;
CHARLIE L. GREEN;
JERRY W. GREEN, JR.;
COREY DEONTA HARRIS; and
DEONTE JAMAL MARTIN,

Defendants.
______________________________________/

**DEFENDANT CHARLIE L. GREEN'S WAIVER OF SPEEDY TRIAL**

Defendant, Charlie Green, Jr., personally and through his undersigned, court-appointed counsel, hereby knowingly and voluntarily waives his constitutional and statutory speedy trial rights through December 31, 2015.

Signed this 13 day of July, 2014, in Clearwater, Florida.

______________________________
Charlie L. Green, Jr.

Respectfully submitted,

FARMER & FITZGERALD, P.A.

/s MATTHEW P. FARMER, ESQ.
Matthew P. Farmer, Esq.
Fla. Bar No. 0793469
102 W. Whiting St., Suite 501
Tampa, FL 33602
(813) 228-0095
FAX (813) 224-0269
MattFarmer1@aol.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically to the following on the 13th day of July, 2014:

AUSA Christopher Murray
Christopher.Murray@usdoj.gov

AUSA Laura Gwinn
Laura.Gwinn@usdoj.gov

AUSA Walter Furr, III
Walter.Furr@usdoj.gov

AUSA James Muench
James.Muench2@usdoj.gov

Daniel Hernandez, Esq.
dhernandezlaw@aol.com

Bjorn Brunvand, Esq.
bjorn@acquitter.com

Frank Louderback, Esq.
loudhel@aol.com

Anne Borghetti, Esq.
ABorghetti@aol.com

Kevin Beck, Esq.
Kevintbeck@hotmail.com

/s MATTHEW P. FARMER
COUNSEL