**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 8:12-CR-00205-EAK-MAP** |
| | ) | |
| **NAPOLEON HARRIS,** | ) | |
| | ) | |
| **Defendant** | ) | |
| | ) | |

**WAIVER OF SPEEDY TRIAL**

I, NAPOLEON HARRIS, hereby waive my speedy trial rights through December 31, 2015 and further authorize my attorney, Frank Louderback, to further waive my speedy trial rights if he deems it necessary and in my best interest.

Signed this 16th day of July, 2014,

[signature]
**NAPOLEON HARRIS**

Respectfully submitted by:

/s/Frank Louderback, Esquire
**FRANK LOUDERBACK,** Esquire
CJA Counsel for Napoleon Harris

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 16, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Christopher F. Murray, Assistant United States Attorney.

/s/Frank Louderback, Esquire
**FRANK LOUDERBACK, Esq.**
Fla. Bar No. 193295
Attorney for Defendant
450 Carillon Parkway #120
St. Petersburg, FL 33716
(727)896-2147
(727)895-4552
LoudHel@aol