UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 8:12-CR-205-T-17MAP

COREY DEONTA HARRIS, et al.

_____/

ORDER

This cause is before the Court on:

Dkt. 407   Joint Motion to Strike Death Penalty Based Upon Cumulative Effect of Factors Establishing Unconstitutional Arbitrariness
Dkt. 414   Response

All Defendants have jointly moved to strike the possibility of the death penalty in this case.

The Government has filed its Response in opposition.

After consideration, the Court adopts the Government's Response. For all of the reasons expressed in the Response, the Court denies the Joint Motion to Strike Death Penalty without prejudice. Accordingly, it is

**ORDERED** that the Joint Motion to Strike Death Penalty Based Upon Cumulative Effect of Factors Establishing Unconstitutional Arbitrariness (Dkt. 407) is **denied** without prejudice.

Case No. 8:12-CR-205-T-17MAP

**DONE and ORDERED** in Chambers in Tampa, Florida on this 18th day of December, 2015.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record