UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.  Case No. 8:12-CR-205-T-17MAP

NATHANIEL HARRIS,
NAPOLEAN HARRIS,
CHARLIE GREEN,
JERRY GREEN,
COREY HARRIS,
DEONTE MARTIN
_____/

**REPORT AND RECOMMENDATION**[1]

BEFORE THE COURT are Defendant Charlie Green's motion to suppress evidence seized in unlawful search of 639 24th Street East, Bradenton, FL or in alternative for a Franks hearing (doc. 486) and the Government's response thereto (doc. 581), Defendant Charlie Green's supplemental motion to suppress cell records (doc. 506) and the Government's response thereto (doc. 576), and Defendant Jerry Green's motion to suppress involuntary statements (doc. 482) and the Government's response thereto (doc. 565).  For the reasons set forth in the Government's responses, and at the March 4, 2016 hearing, it is hereby

RECOMMENDED:

1.  Defendant Charlie Green's motion to suppress evidence seized in unlawful search of 639 24th Street East, Bradenton, FL or in alternative for a Franks hearing (doc. 486) be DENIED as MOOT.

---

[1] The Clerk is directed to vacate my March 4, 2016 report and recommendation (doc. 597), which omitted a "Notice to Parties."  This report and recommendation replaces my previous one.

2. Defendant Charlie Green's supplemental motion to suppress cell records (doc. 506) be DENIED as MOOT.

3. Defendant Jerry Green's motion to suppress involuntary statements (doc. 482) be DENIED as MOOT.

IT IS SO REPORTED at Tampa, Florida on March 9, 2016.

*Mark A. Pizzo*
MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE

**NOTICE TO PARTIES**

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. *See* 11th Cir. R. 3-1.