UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 8:12-CR-205-T-17MAP

NATHANIEL HARRIS, et al.

_____/

ORDER

This cause is before the Court on:

Dkt. 612   Motion to Dismiss Counts Fifteen and Sixteen of the
           Second Superseding Indictment (Doc. 82)

The United States moves to dismiss Count Fifteen and Count Sixteen of the Second Superseding Indictment (Dkt. 82).

Count Fifteen is directed to Defendant Jerry W. Green Jr., and alleges a violation of 18 U.S.C. Sec. 1951(a). Count Sixteen is directed to Defendant Jerry W. Green, Jr., and alleges a violation of 18 U.S.C. 924(c).

After consideration, the Court grants the Motion to Dismiss as to Count Fifteen and Count Sixteen of the Second Superseding Indictment. Accordingly, it is

**ORDERED** that the Motion to Dismiss Counts Fifteen and Sixteen of the Second Superseding Indictment (Doc. 82) is **granted**.

Case No. 8:12-CR-205-T-17MAP

**DONE and ORDERED** in Chambers in Tampa, Florida on this 11th day of March, 2016.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record