UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.     CASE NO. 8:12-CR-205-T-17MAP

NATHANIEL HARRIS.

_____/

ORDER

This cause is before the Court on:

Dkt. 763     Motion to Allow the Use of Electronics in the Courthouse

Defendant Nathaniel Harris moves for permission for the within named individual to bring in a laptop computer, tablet device, cellular telephone, and personal wireless printer for use during the trial of this case, which will commence at 10:00 a.m. on Monday, June 6, 2016. The trial is expected to continue through August, 2016.

Defendant Harris requests leave to bring in a laptop computer and tablet device for the purpose of taking notes, keeping track of evidence, and, if necessary, preparing documents during trial. Defendant Harris requests leave to bring in a cellular telephone to contact witnesses and support staff. Defendant Harris requests leave for the within-named individual to bring in her personal wireless printer and leave it in the defense counsel room for the duration of the trial, to print necessary documents during the trial.

After consideration, the Court grants the Motion to Allow the Use of Electronics in the Courthouse to the following individual:

Case No. 8:12-CR-205-T-17MAP

Colleen Quinn-Adams
Colleen Quinn Investigations &
Mitigation
309 N. Howard Ave.
Tampa, FL 33606
813-310-4249

Laptop computer, tablet device, personal wireless printer to be left in defense counsel room; cellular telephone

DATE THAT EQUIPMENT MAY
BE BROUGHT INTO THE FACILITY:         June 6, 2016, until conclusion of trial.

PURPOSE:         To take notes, keep track of evidence, prepare documents, contact witnesses.

PLACE AT WHICH EQUIPMENT
MAY BE USED:         Courtroom 14A

Each individual shall present a copy of this Order upon entering the security station, and proper identification will be required. All electronic equipment remains subject to inspection by the U.S. Marshal, pursuant to Fed. R. Crim. P. 53 (prohibiting courtroom photography and broadcasting in criminal cases) and Local Rule 4.11(a)(2)(prohibiting courtroom photography and broadcasting in all cases). A copy of General Order 6:13-MC-94-ORL-22 is attached to this Order.

In the event that Defendant intends to use the laptop computer for presentation of evidence during the trial, Defendant shall contact the Courtroom Deputy, Robin Korb, (813-301-5737) for an equipment check prior to commencement of trial. Accordingly, it is

Case No. 8:12-CR-205-T-17MAP

**ORDERED** that Defendant Nathaniel Harris' Motion to Allow Use of Electronics in the Courthouse is **granted** as to the within-named individual. Counsel for Defendant Nathaniel Harris **shall provide** a copy of this Order to the individual who is authorized to bring in and use the electronic equipment during trial.

**DONE and ORDERED** in Chambers in Tampa, Florida on this 4th day of May, 2016.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record
Robin Korb, CRD
CSO