UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.                                              CASE NO. 8:12-CR-205-T-17MAP

ANGEL VILLANUEVA, et al.

_____/

ORDER

This cause is before the Court on:

| Dkt. 486 | Motion to Suppress Evidence Seized in Unlawful Search of 639 24th St. East, Bradenton, Florida or, in the Alternative, Request for Franks Hearing (CGMS #1) (Charlie Green) |
|---|---|
| Dkt. 581 | Response |
| Dkt. 506 | Supplemental Motion to Suppress Cell Phone Records for (941) 518-8832 (CGMS #6) (Charlie Green) |
| Dkt. 576 | Response |
| Dkt. 482 | Motion to Suppress Involuntary Statements (Jerry W. Green, Jr.) |
| Dkt. 565 | Response |
| Dkt. 601 | Report and Recommendation |

The above Motions were referred to the assigned Magistrate Judge to conduct a hearing, if necessary, and for a Report and Recommendation. The assigned Magistrate Judge has entered a Report and Recommendation (Dkt. 601) in which it is recommended that the above Motions be denied as moot. The Government does not intend to offer the evidence that Defendants seek to suppress in the Government's case-in-chief.

The Court has independently reviewed the Motions, Responses and the record. No objections to the Report and Recommendation have been filed. After consideration,

Case No. 8:12-CR-205-T-17MAP

the Court adopts the Report and Recommendation. Accordingly, it is

> **ORDERED** that the Report and Recommendation (Dkt. 601) is **adopted**.
> Defendant Charlie Green's Motion to Suppress or for <u>Franks</u> Hearing (Dkt. 486) is **denied as moot**. Defendant Charlie Green's Supplemental Motion to Suppress Cell Phone Records for (941) 518-8832 (CGMS #6) (Dkt. 506) is **denied as moot**. Defendant Jerry W. Green, Jr.'s Motion to Suppress Involuntary Statements (Dkt. 482) is **denied as moot**.
>
> **DONE and ORDERED** in Chambers in Tampa, Florida on this 31st day of May, 2016.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record