UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.                                                          CASE NO. 8:12-CR-205-T-17MAP

ANGEL VILLANUEVA, et al.

_____/

ORDER

This cause is before the Court <u>sua sponte</u>. The Government has filed its Proposed Voir Dire (Dkt. 812). Each Defendant shall file his Proposed Voir Dire, if any, by 12:00 noon on Friday, June 3, 2016. Accordingly, it is

**ORDERED** that each Defendant shall file his Proposed Voir Dire, if any, by 12:00 noon on Friday, June 3, 2016.

**DONE and ORDERED** in Chambers in Tampa, Florida on this 31st day of May, 2016.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record