UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.　　　　　　　　　　　　　　　　　CASE NO. 8:12-CR-205-T-17MAP

ANGEL VILLANUEVA, et al.

_____/

ORDER

This cause is before the Court sua sponte. The Government has filed its Proposed Voir Dire (Dkt. 812). Each Defendant shall file his Proposed Voir Dire, if any, by 12:00 noon on Friday, June 3, 2016. Accordingly, it is

**ORDERED** that each Defendant shall file his Proposed Voir Dire, if any, by 12:00 noon on Friday, June 3, 2016.

**DONE and ORDERED** in Chambers in Tampa, Florida on this 31st day of May, 2016.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record