UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 8:12-CR-205-T-17MAP

ANGEL VILLANEUVA, et al.

_____/

ORDER

This cause is before the Court on:

Dkt. 496   Joint Motion to Depart From Order in Indictment For Cross-Examination
Dkt. 573   Response

Defendants jointly move the Court to permit a departure from the order in the Indictment, at Defendants' agreed option, for purposes of cross-examination of each Government witness. Defendants request that the Court permit counsel to determine who will conduct the primary cross-examination of each witness without regard to the order in the Indictment, and allow the other Defendants to proceed thereafter, in the order in which they determine to proceed. In the event that all counsel cannot agree upon the order of examination for any particular witness, the cross-examination(s) would revert to the order of Indictment for that witness.

The Government does not oppose Defendants' Joint Motion to Depart from Order in Indictment for Purpose of Cross-Examination.

After consideration, the Court grants Defendants' Joint Motion to Department from Order in Indictment for Purpose of Cross-Examination. Accordingly, it is

Case No. 8:12-CR-205-T-17MAP

**ORDERED** that Defendants' Unopposed Joint Motion to Department from Order in Indictment for Purpose of Cross-Examination (Dkt. 496) is **granted**.

**DONE and ORDERED** in Chambers in Tampa, Florida on this 22nd day of June, 2016.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record