**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

v. CASE NO. 8:12-cr-205-T-17MAP

NATHANIEL HARRIS,
_______________________________/

**MOTION TO AMEND PRIVILEGES**

**COMES NOW** the Defendant, NATHANIEL HARRIS, by and through his undersigned counsel and moves this Honorable Court to amend Defendant's phone privileges and alleges:

1. At present, the Defendant, who is incarcerated, is limited to only contacting five listed people in addition to his attorney and investigator.

2. This restriction is due to no fault of the Defendant and unfairly interferes with his trial preparation and, therefore, violates his due process rights.

3. The Defendant needs to contact potential witnesses who are reluctant to speak to his private investigator without first hearing from the Defendant.

4. The Defendant submits he should have no phone restrictions but offers an alternative solution of the investigator being allowed to bring her cell phone to the jail when she meets with Defendant. That way, the Defendant can call these witnesses in the presence of the investigator, Colleen Quinn-Adams.

WHEREFORE, the Defendant prays that his motion be granted.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 27th day of June, 2016, a true and correct copy of the foregoing was furnished by using the CM/ECF, which will send notice of the electronic filing to all counsel of record.

Respectfully submitted,

*/s/ Daniel M. Hernandez*

DANIEL M. HERNANDEZ, ESQ.
DANIEL M. HERNANDEZ, P.A.
902 N Armenia Avenue
Tampa, FL 33609
Dmhernandezlaw51@gmail.com
Florida Bar Number: 229733
Counsel for Defendant