UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.                                                        CASE NO.  8:12-CR-205-T-17MAP

ANGEL VILLANUEVA, et al.

_____/

ORDER

This cause is before the Court on:

Dkt. 926      Motion to Amend Privileges (Nathaniel Harris)
Dkt. 938      Motion for Reconsideration (Charlie L. Green)
Dkt. 963      Report and Recommendation

The Court referred the Motion to Amend Privileges and Motion for

Reconsideration to the assigned Magistrate Judge to conduct a hearing, if necessary,

and for a Report and Recommendation.  The assigned Magistrate Judge has entered a

Report and Recommendation in which the following relief is recommended:

1.  Defendant Charlie Green's motion for reconsideration (doc. 938) be
DENIED.

2.  Defendant Nathaniel Harris's motion to amend the privileges (doc.
926) should be GRANTED to the extent he and the other Defendants
should be allowed to make telephone calls in the presence of their
respective investigators or defense counsel under the conditions and
circumstances the jail custodians deem appropriate to the jail's legitimate
penological needs.  The calls made in the presence of defense counsel or
the investigator are not limited to their respective Defendant's call list.  In
all other respects the motion should be DENIED.

3.  The June 14, 2016, Order does not limit a Defendant's access to his
defense counsel or a member of his defense team. Defense counsel and
their agents are to have access to their assigned Defendant in keeping
with the ordinary limitations (if any) the facility imposes on jail visits for
such legal visits.

Case No. 8:12-CR-205-T-17MAP

4. The intent of the June 14, 2016, Order is to enforce the Protective Order and to remedy the effects of the disclosure of information covered by the Protective Order.

5. Any Order the Court issues should not be viewed by jail authorities as limiting their authority to impose suitable restrictions on any Defendant to enforce a custodial rule or policy or to further some legitimate custodial reason.

6. The United States Marshal should be directed to inquire of the Sheriff (or the Sheriff's designated agent) to determine if the Sheriff's reasons for shackling, restraining, or restricting the movement of any Defendant are in keeping with the facility's usual policies and practices for pretrial detainees presenting similar security profiles, or in keeping with the legitimate custodial needs as to that Defendant. The United States Marshal should report to the Court accordingly.

The Court has reviewed the pleadings and the record. No objections to the Report and Recommendation have been filed. After consideration, the Court adopts and incorporates the Report and Recommendation by reference. Accordingly, it is

**ORDERED** that the Report and Recommendation (Dkt. 963) is **adopted and incorporated** by reference. Defendant Charlie L. Green's Motion for Reconsideration (Dkt. 938) is **denied**. Defendant Nathaniel Harris's Motion to Amend Privileges (Dkt. 926) is **granted in part** to the extent he and the other Defendants should be allowed to make telephone calls in the presence of their respective investigators or defense counsel under the conditions and circumstances the jail custodians deem appropriate to the jail's legitimate penological needs. The calls made in the presence of defense counsel or the investigator are not limited to their respective Defendant's call list. Defendant Nathaniel Harris's Motion to Amend Privileges is otherwise **denied. It is further**

Case No. 8:12-CR-205-T-17MAP

**ORDERED** that the U.S. Marshal **shall inquire** of the Hillsborough County Sheriff, or his agent, to determine if the Sheriff's reasons for shackling, restraining, or restricting the movement of any Defendant are in keeping with the facility's usual policies and practices for pretrial detainees presenting similar security profiles, or in keeping with the legitimate custodial needs as to that Defendant. The United States Marshal should report to the Court accordingly.

**DONE and ORDERED** in Chambers in Tampa, Florida on this 18th day of July, 2016.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record
U.S. Marshal