UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.                             CASE NO. 8:12-CR-205-T-17MAP

DEONTE JAMAL MARTIN.

_____/

ORDER

This cause is before the Court on:

Dkt. 1018     Order

At the sidebar conference on July 26, 2016, the Court heard argument of counsel on the Unopposed Motion for Disclosure of Giglio Material (Dkt. 1011). Other Defendants have adopted Defendant Martin's Motion.

The assigned Magistrate Judge has entered an Order granting in part and denying in part the Unopposed Motion. (Dkt. 1018). In the Order, the Court found that Defendant Martin did not establish a compelling need for disclosure of the Pretrial Services Report as to Witness Eric Neri. Defendants have argued that Eric Neri is a critical witness and there is a compelling need for disclosure of the Pretrial Services Report. After consideration, the Court reconsiders the previous Order (Dkt. 1018) and the objection of Witness Neri, only as to disclosure of the Pretrial Services Report. The Court will provide a copy of the Pretrial Services Report for each defense counsel, for review by counsel only. The Pretrial Services Report shall not be disclosed or reproduced in any way. Each defense counsel shall review the Pretrial Services Report and return it to the Courtroom Deputy. Accordingly, it is

**ORDERED** that the Court **grants reconsideration** of the Order (Dkt. 1018) granting in part and denying in part the Unopposed Motion, only as to disclosure of the

Case No. 8:12-CR-205-T-17MAP

Pretrial Services Report. The Court will provide a copy of the Pretrial Services Report for review by defense counsel only, and which **shall be returned** to the Courtroom Deputy. The Pretrial Services Report **shall not be disclosed or reproduced** in any way.

**DONE and ORDERED** in Chambers in Tampa, Florida on this 26th day of July, 2016.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record

Julie Thomas, Esq.
Counsel for Witness Neri