UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 8:12-CR-205-T-17MAP

ANGEL VILLANUEVA, et al.

_____/

ORDER

This cause is before the Court <u>sua sponte</u>. Witness Eric Neri has now concluded his testimony in this case. The Court therefore directs the U.S. Marshal to release Witness Neri from custody. Accordingly, it is

**ORDERED** that the U.S. Marshal **shall release** Witness Eric Neri from custody.

**DONE and ORDERED** in Chambers in Tampa, Florida on this 27th day of July, 2016.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record
Julie Thomas, Esq.
U.S. Marshal