UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 8:12-CR-205-T-17MAP

ANGEL VILLANUEVA, et al.

_____/

ORDER

This cause is before the Court on:

Dkt. 969  Defendant Green's Supplemental Notice and Disclosure of Expert Witness (Jerry W. Green, Jr.)
Dkt. 976  Motion for Daubert Hearing (United States)
Dkt. 1045 Report and Recommendation

The assigned Magistrate Judge has entered a Report and Recommendation in which it is recommended that the Court permit the expert testimony of Charis Kubrin, Ph.D., Defendant Jerry W. Green, Jr.'s expert witness on rap music, limited to the opinions set forth in Defendant Green's Supplemental Notice, and subject to Defendant Green providing the Government a statement of the bases and reasons for Dr. Kubrin's opinions within five days of the Court's Order. A hearing was conducted on July 21, 2016.

The 941 Pool Party video (Trial Exhibits 1302, 1302a) has been admitted into evidence. In the Report and Recommendation, the assigned Magistrate Judge notes that, at the Daubert hearing, the arguments of defense counsel offered little insight into the witness's opinions, if any, specific to the Pool Party video and no insight into the witness's methodology and/or bases for her conclusions.

No objections to the Report and Recommendation have been filed. The Court has independently examined the pleadings and the record. After consideration, the

Case No. 8:12-CR-205-T-17MAP

Court adopts and incorporates the Report and Recommendation. Accordingly, it is

**ORDERED** that the Report and Recommendation (Dkt. 1045) is **adopted and incorporated**. Defendant Jerry W. Green, Jr. **shall provide** a concise statement of the bases and reasons for Dr. Kubrin's opinions within five days of the Court's Order. The Supplemental Disclosure **will be subject to** further rulings on relevance. The Court **will permit** Dr. Kubrin to testify as Defendant Jerry's W. Green, Jr.'s expert witness, but **limit Dr. Kubrin's testimony to the opinions** in the Supplemental Notice (Dkt. 969). The Government's Motion for Daubert Hearing (Dkt. 976) is **denied without prejudice.**

**DONE and ORDERED** in Chambers in Tampa, Florida on this 4th day of August, 2016.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record