UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 8:12-CR-205-T-17MAP

NATHANIEL HARRIS, et al.

_____/

ORDER

This cause is before the Court on the Oral Motion to Dissolve the Order (Dkt. 898) granting the Government's Motion for Protective Order (Dkt. 893). All evidence has been submitted in the trial of this case. The Court therefore grants Defendants' Motion, and dissolves the Protective Order, pursuant to which the Defendants were in administrative lockdown.

This Order does not affect the ability of jail authorities to impose suitable restrictions on any Defendant to enforce a custodial rule or policy, or to further some legitimate custodial reason. Accordingly, it is

**ORDERED** that the Oral Motion to Dissolve Order (Dkt. 898) is **granted**; the Court **dissolves** the Protective Order under which Defendants were held in administrative lockdown.

Case No. 8:12-CR-205-T-17MAP

**DONE and ORDERED** in Chambers in Tampa, Florida on this 18th day of August, 2016.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record
U.S. Marshal